■ JAMES A. WILLIAMS, an Infant, by His Father and Natural Guardian, JAMES WILLIAMS, et al., Appellants, v NEW YORK CITY HOUSING AUTHORITY, Respondent and Third-Party Plaintiff-Respondent. UTOPIA CHILDREN'S CENTER, INC., Third-Party Defendant-Respondent. [652 NYS2d 525] —Order, Supreme Court, New York County (Leland DeGrasse, J.), entered on or about October 20, 1995, which, *inter alia*, granted third-party defendant's motion and defendant's cross motion for summary judgment dismissing the amended complaint, unanimously affirmed, without costs.

Under the circumstances, as a matter of law, the movants owed no duty of care to the infant plaintiff, who was injured as a result of a third person's intentional, exceptional and unforeseeable act and, in any event, the intervening act of the third person constituted a superseding cause of plaintiff's injuries, which would relieve movants of any liability to plaintiff (*Pulka v Edelman*, 40 NY2d 781; *see*, *Elardo v Town of Oyster Bay*, 176 AD2d 912). Concur—Murphy, P. J., Sullivan, Rosenberger, Williams and Andrias, JJ.